IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11332
Summary Calendar
_____

MARY ROBLEDO, on behalf of
Chrystal Prieto,

                                    Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

                                    Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-224
- - - - - - - - - -
August 20, 1998
Before REAVLEY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

    Mary Robledo, on behalf of Chrystal Prieto, appeals the
district court's judgment affirming the denial of Supplemental
Security Income benefits.  We affirm for substantially the
reasons stated and adopted by the district court.  Robledo v.
Apfel, No. 2:96-CV-224 (N.D. Tex. Sept. 30, 1997).

    AFFIRMED.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.